**IT IS ORDERED as set forth below:**



Date: October 1, 2020

_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

---

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 18-68507-lrc |
| DONALD RENALDO WHITING, III AKA DONALD RENALDO WHITING AKA DONALD RENALDOSHANAILE WHITING, III, AKA DONALD RENALDO SHANAILEY WHITING, III, | CHAPTER: 13 |
| | JUDGE: HONORABLE LISA RITCHEY CRAIG |
| Debtor. | |
| PENNYMAC LOAN SERVICES, LLC, | |
| Movant, | CONTESTED MATTER |
| v. | |
| DONALD RENALDO WHITING, III AKA DONALD RENALDO WHITING AKA DONALD RENALDOSHANAILE WHITING, III, AKA DONALD RENALDO SHANAILEY WHITING, III, Debtor MELISSA J. DAVEY, Trustee, | |
| Respondent(s). | |

<u>CONSENT ORDER ON MOTION FOR RELIEF FROM STAY (#41)</u>
The above styled Motion having been scheduled for a hearing before the Court

on **September 15, 2020**, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest, and it appearing to the Court that the parties consent hereto:

FURTHER IT IS HEREBY ORDERED that the Motion for Relief from Stay with respect to 1162 LeHavre Court, Hampton, Georgia 30228 is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

FURTHER ORDERED that the post-petition arrearage through **September 1, 2020**, totals $13,135.28, including nine (9) payments of $1,344.92 each, $181.00 for a filing fee and $850.00 in reasonable attorney's fees.

This arrearage shall be paid as follows:

Movant acknowledges suspense funds in the amount of $685.49. Debtor is ordered to pay the sum of $5,379.80 instanter. Beginning **October 1, 2020**, Debtor shall resume timely remittance of the regular monthly mortgage payments. Beginning **October 15, 2020** and continuing on the 15th day of each subsequent month, Debtor shall pay an additional $785.55 per month, for **eight (8)** months and **one (1)** payment of $785.59, or until the arrearage is cured. Payments should be sent to:

PennyMac Loan Services, LLC
PO Box 660929
Dallas, TX 75266-0922

or to such address as may be designated.

FURTHER ORDERED that should Debtor(s) default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Loan Documents **for a period of eighteen (18) months from the date of entry of this order**, then upon notice of default sent by first class mail to Debtor(s), attorney for Debtor(s) and the Trustee, and failure of Debtor(s) to cure such default within ten (10) days from the date of receipt of such notice, Movant may file a motion and affidavit of default, with service upon Debtor(s),

attorney for Debtor(s) and the Trustee, and the Court may enter an Order modifying the automatic stay, without further notice or hearing.

FURTHER ORDERED that in the event relief from the automatic stay is later granted, the Trustee shall cease funding any balance of Movant's claim, and the provisions of Fed. R. Bank. P. 4001(a)(3) may be waived.

FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law that would otherwise be payable to the Debtor(s), shall be paid to the Trustee for the benefit of the Estate while the Debtor(s) remains in bankruptcy.

[END OF DOCUMENT]

CONSENTED TO BY:

/s/ Bryce Noel
Bryce Noel, Bar No.: 620796
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center  3575 Piedmont Road, N.E., Suite 500  Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
Email: BNoel@aldridgepite.com

/s/ Thomas Reichard   with express permission
Thomas Reichard, Bar No. 150822
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341
Attorney for Debtor(s)
Phone: 404-522-2222
Email: ecfnotices@cw13.com

NO OPPOSITION:
/s/ Mandy K. Campbell with express permission
Mandy K. Campbell, Bar No. 142676
Attorney for Trustee Melissa J. Davey
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303
Phone:  678-510-1444
Email: mail@13trusteeatlanta.com

DISTRIBUTION LIST

Donald Renaldo Whiting, III
1162 Lehavre Court
Hampton, GA 30228

E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341

Melissa J. Davey
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303

Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E.,
Suite 500
Atlanta, GA 30305