IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | |
|---|---|
| IN RE: | * CASE NO.: **18-68507** |
| **Donald Renaldo Whiting, III,** | * |
| AKA Donald Renaldo Whiting; AKA Donald | * |
| RenaldoShanaile Whiting, III; AKA Donald | |
| Whiting; AKA Donald R S Whiting, III, | |
| | * CHAPTER:  13 |
| | * |
| | * |
| Debtor | * |

## MOTION TO CONVERT CASE TO CHAPTER 7

COMES NOW **Donald Renaldo Whiting, III,** debtor in the above-styled Chapter 13 case, by and through undersigned counsel moves this Honorable Court, pursuant to 11 U.S.C. Section 1307, to convert the above-styled Chapter 13 case to a proceeding under 11 U.S.C. Chapter 7.

WHEREFORE, Debtor prays:

(a) That this Motion to Convert Case to Chapter 7 be filed, read, and considered;

(b) That this Honorable Court grant this Motion to Convert Case to Chapter 7; and,

(c) That this Honorable Court grant such other and further relief as it may deem just and proper

        Respectfully submitted
        CLARK & WASHINGTON, LLC

        /s/
        Christopher J. Kiefer, GA Bar No. 417247
        Attorneys for Debtor

CLARK & WASHINGTON, LLC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404) 522-2222

CC: Donald Renaldo Whiting, III,