# Earnings Statement

**DONALD WHITING**

Company: 0G515 - KELLYS FOOD TRANSPORTATION OF AL
1385 COLLIER RD. NW
ATLANTA  GA  30318

Pay Date: 12/31/2020
Period Start: 12/20/2020
Period End: 12/26/2020

Emp #: A06C
Dept: 30 - Delivery
Pay Basis: Hourly

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 17.00 | 30.38 | 516.46 | 16812.02 |
| Overtime | 25.50 | 0.00 | 0.00 | 2758.36 |
| Paid Time Off | 17.00 | 0.00 | 0.00 | 136.00 |
| Bonus | | | 0.00 | 100.00 |
| Holiday | 17.00 | 8.00 | 136.00 | 272.00 |
| Holiday $ | | | 0.00 | 225.00 |
| Piece Rate | | | 0.00 | 36000.00 |
| Vacation Piece Rate | | | 0.00 | 1575.00 |
| **Gross** | | 38.38 | 652.46 | 57878.38 |
| **W/H Taxes** | | | | |
| Federal W/H(M/3) | | | 17.55 | 3523.54 |
| Medicare | | | 9.46 | 839.24 |
| Social Security | | | 40.45 | 3588.46 |
| Georgia State W/H(B/1) | | | 21.21 | 2458.11 |
| **Deductions** | | | | |
| Child Support $ | | | 61.00 | 3233.00 |
| **Net Pay** | | | 502.79 | 44236.03 Voucher No. 284645177DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 502.79 | 44236.03 A/C:7026 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Vacation Hours | 0.00 | 40.00 | 40.00 | 0.00 |

---

Voucher No. 284645177DD

KELLYS FOOD TRANSPORTATION OF AL
P.O. BOX 770187
WINTER GARDEN, FLORIDA   34777-0187
1-407-654-0500  1-800-749-2171
Dept: 30

DATE: 12/31/2020

**Net Pay:**     **502.79**

Five Hundred Two And 79/100 Dollars

DONALD WHITING
1162 LEHAUN CT
GANOTIB, GA  30228

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

**Earnings Statement**                                                                                           **DONALD WHITING**

|  |  |  | Company: 0G515 - KELLYS FOOD TRANSPORTATION |  |
|---|---|---|---|---|
| Pay Date: | 12/24/2020 | | OF AL | Emp #: A06C |
| Period Start: | 12/13/2020 | | 1385 COLLIER RD. NW | Dept: 30 - Delivery |
| Period End: | 12/19/2020 | | ATLANTA  GA  30318 | Pay Basis: Hourly |

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 17.00 | 40.00 | 680.00 | 16295.56 |
| Overtime | 25.50 | 6.98 | 177.99 | 2758.36 |
| Paid Time Off | 17.00 | 0.00 | 0.00 | 136.00 |
| Bonus | | | 0.00 | 100.00 |
| Holiday | 17.00 | 0.00 | 0.00 | 136.00 |
| Holiday $ | | | 0.00 | 225.00 |
| Piece Rate | | | 0.00 | 36000.00 |
| Vacation Piece Rate | | | 0.00 | 1575.00 |
| **Gross** | | **46.98** | **857.99** | **57225.92** |
| **W/H Taxes** | | | | |
| Federal W/H(M/3) | | | 38.13 | 3505.99 |
| Medicare | | | 12.45 | 829.78 |
| Social Security | | | 53.20 | 3548.01 |
| Georgia State W/H(B/1) | | | 33.03 | 2436.90 |
| **Deductions** | | | | |
| Child Support $ | | | 61.00 | 3172.00 |
| **Net Pay** | | | **660.18** | **43733.24** Voucher No. 283384258DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 660.18 | 43733.24 A/C:7026 |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| Vacation Hours | 0.00 | 40.00 | 40.00 | 0.00 |

---

Voucher No. 283384258DD

KELLYS FOOD TRANSPORTATION OF AL
P.O. BOX 770187                    DATE: 12/24/2020
WINTER GARDEN, FLORIDA    34777-0187
1-407-654-0500  1-800-749-2171
Dept: 30

**Net Pay:**                                                                                                **660.18**

Six Hundred Sixty And 18/100 Dollars

DONALD WHITING
1162 LEHAUN CT                                                **For Record Purposes Only**
GANOTIB, GA  30228                                            **\*\*NON-NEGOTIABLE\*\***

**Earnings Statement**                                                                      DONALD WHITING

|  |  | Company: 0G515 - KELLYS FOOD TRANSPORTATION |  |
|---|---|---|---|
| Pay Date: | 12/18/2020 | OF AL | Emp #: A06C |
| Period Start: | 12/06/2020 | 1385 COLLIER RD. NW | Dept: 30 - Delivery |
| Period End: | 12/12/2020 | ATLANTA  GA  30318 | Pay Basis: Hourly |

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** |  |  |  |  |
| Regular | 17.00 | 40.00 | 680.00 | 15615.56 |
| Overtime | 25.50 | 5.20 | 132.60 | 2580.37 |
| Paid Time Off | 17.00 | 0.00 | 0.00 | 136.00 |
| Bonus |  |  | 0.00 | 100.00 |
| Holiday | 17.00 | 0.00 | 0.00 | 136.00 |
| Holiday $ |  |  | 0.00 | 225.00 |
| Piece Rate |  |  | 0.00 | 36000.00 |
| Vacation Piece Rate |  |  | 0.00 | 1575.00 |
| **Gross** |  | 45.20 | 812.60 | 56367.93 |
| **W/H Taxes** |  |  |  |  |
| Federal W/H(M/3) |  |  | 33.57 | 3467.86 |
| Medicare |  |  | 11.78 | 817.33 |
| Social Security |  |  | 50.38 | 3494.81 |
| Georgia State W/H(B/1) |  |  | 30.42 | 2403.87 |
| **Deductions** |  |  |  |  |
| Child Support $ |  |  | 61.00 | 3111.00 |
| **Net Pay** |  |  | 625.45 | 43073.06  Voucher No. 282017722DD |
| **Net Pay Distribution** |  |  |  |  |
| Direct Deposit Net Check |  |  | 625.45 | 43073.06  A/C:7026 |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| Vacation Hours | 0.00 | 40.00 | 40.00 | 0.00 |

---

Voucher No. 282017722DD

KELLYS FOOD TRANSPORTATION OF AL
P.O. BOX 770187                                             DATE: 12/18/2020
WINTER GARDEN, FLORIDA   34777-0187
1-407-654-0500  1-800-749-2171
Dept: 30

**Net Pay:**                                                                                          **625.45**

Six Hundred Twenty Five And 45/100 Dollars

DONALD WHITING
1162 LEHAUN CT                                              **For Record Purposes Only**
GANOTIB, GA  30228                                          **\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**DONALD WHITING**

Pay Date: 12/11/2020
Period Start: 11/29/2020
Period End: 12/05/2020

Company: 0G515 - KELLYS FOOD TRANSPORTATION OF AL
1385 COLLIER RD. NW
ATLANTA  GA  30318

Emp #: A06C
Dept: 30 - Delivery
Pay Basis: Hourly

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 17.00 | 40.00 | 680.00 | 14935.56 |
| Overtime | 25.50 | 11.69 | 298.10 | 2447.77 |
| Paid Time Off | 17.00 | 0.00 | 0.00 | 136.00 |
| Bonus | | | 0.00 | 100.00 |
| Holiday | 17.00 | 0.00 | 0.00 | 136.00 |
| Holiday $ | | | 0.00 | 225.00 |
| Piece Rate | | | 0.00 | 36000.00 |
| Vacation Piece Rate | | | 0.00 | 1575.00 |
| **Gross** | | 51.69 | 978.10 | 55555.33 |
| **W/H Taxes** | | | | |
| Federal W/H(M/3) | | | 52.55 | 3434.29 |
| Medicare | | | 14.18 | 805.55 |
| Social Security | | | 60.64 | 3444.43 |
| Georgia State W/H(B/1) | | | 39.94 | 2373.45 |
| **Deductions** | | | | |
| Child Support $ | | | 61.00 | 3050.00 |
| **Net Pay** | | | 749.79 | 42447.61  Voucher No. 280673165DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 749.79 | 42447.61  A/C:7026 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Vacation Hours | 0.00 | 40.00 | 40.00 | 0.00 |

---

Voucher No. 280673165DD

KELLYS FOOD TRANSPORTATION OF AL
P.O. BOX 770187
WINTER GARDEN, FLORIDA    34777-0187
1-407-654-0500  1-800-749-2171
Dept: 30

DATE: 12/11/2020

**Net Pay:**                                                        **749.79**

Seven Hundred Forty Nine And 79/100 Dollars

DONALD WHITING
1162 LEHAUN CT
GANOTIB, GA  30228

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

Earnings Statement                                                                                                           DONALD WHITING

|  |  | Company: 0G515 - KELLYS FOOD TRANSPORTATION |  |
|---|---|---|---|
| Pay Date: | 12/04/2020 | OF AL | Emp #: A06C |
| Period Start: | 11/22/2020 | 1385 COLLIER RD. NW | Dept: 30 - Delivery |
| Period End: | 11/28/2020 | ATLANTA  GA  30318 | Pay Basis: Hourly |

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** |  |  |  |  |
| Regular | 17.00 | 26.66 | 453.22 | 14255.56 |
| Overtime | 25.50 | 0.00 | 0.00 | 2149.67 |
| Paid Time Off | 17.00 | 0.00 | 0.00 | 136.00 |
| Holiday | 17.00 | 8.00 | 136.00 | 136.00 |
| Holiday $ |  |  | 0.00 | 225.00 |
| Piece Rate |  |  | 0.00 | 36000.00 |
| Vacation Piece Rate |  |  | 0.00 | 1575.00 |
| **Gross** |  | 34.66 | 589.22 | 54477.23 |
| **W/H Taxes** |  |  |  |  |
| Federal W/H(M/3) |  |  | 11.23 | 3381.74 |
| Medicare |  |  | 8.54 | 789.92 |
| Social Security |  |  | 36.53 | 3377.59 |
| Georgia State W/H(B/1) |  |  | 17.58 | 2333.51 |
| **Deductions** |  |  |  |  |
| Child Support $ |  |  | 61.00 | 2989.00 |
| **Net Pay** |  |  | 454.34 | 41605.47  Voucher No. 279380608DD |
| **Net Pay Distribution** |  |  |  |  |
| Direct Deposit Net Check |  |  | 454.34 | 41605.47  A/C:7026 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Vacation Hours | 0.00 | 40.00 | 40.00 | 0.00 |

---

Voucher No. 279380608DD

KELLYS FOOD TRANSPORTATION OF AL
P.O. BOX 770187                                    DATE: 12/04/2020
WINTER GARDEN, FLORIDA   34777-0187
1-407-654-0500  1-800-749-2171
Dept: 30

**Net Pay:**                                                                                                                   454.34

Four Hundred Fifty Four And 34/100 Dollars

DONALD WHITING
1162 LEHAUN CT                                                      **For Record Purposes Only**
GANOTIB, GA  30228                                                  **\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**DONALD WHITING**

| | | | |
|---|---|---|---|
| Pay Date: | 11/27/2020 | Company: 0G515 - KELLYS FOOD TRANSPORTATION OF AL | Emp #: A06C |
| Period Start: | 11/15/2020 | 1385 COLLIER RD. NW | Dept: 30 - Delivery |
| Period End: | 11/21/2020 | ATLANTA  GA  30318 | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 17.00 | 33.24 | 565.08 | 13802.34 |
| Overtime | 25.50 | 0.00 | 0.00 | 2149.67 |
| Paid Time Off | 17.00 | 0.00 | 0.00 | 136.00 |
| Holiday $ | | | 0.00 | 225.00 |
| Piece Rate | | | 0.00 | 36000.00 |
| Vacation Piece Rate | | | 0.00 | 1575.00 |
| **Gross** | | 33.24 | 565.08 | 53888.01 |
| **W/H Taxes** | | | | |
| Federal W/H(M/3) | | | 8.82 | 3370.51 |
| Medicare | | | 8.20 | 781.38 |
| Social Security | | | 35.04 | 3341.06 |
| Georgia State W/H(B/1) | | | 16.19 | 2315.93 |
| **Deductions** | | | | |
| Child Support $ | | | 61.00 | 2928.00 |
| **Net Pay** | | | 435.83 | 41151.13  Voucher No. 278108759DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 435.83 | 41151.13  A/C:7026 |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| Vacation Hours | 0.00 | 40.00 | 40.00 | 0.00 |

---

Voucher No. 278108759DD

KELLYS FOOD TRANSPORTATION OF AL
P.O. BOX 770187
WINTER GARDEN, FLORIDA   34777-0187
1-407-654-0500  1-800-749-2171
Dept: 30

DATE: 11/27/2020

**Net Pay:**                                                           **435.83**

Four Hundred Thirty Five And 83/100 Dollars

DONALD WHITING
1162 LEHAUN CT
GANOTIB, GA  30228

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**DONALD WHITING**

| | | | | |
|---|---|---|---|---|
| Pay Date: | 11/20/2020 | Company: 0G515 - KELLYS FOOD TRANSPORTATION OF AL | | Emp #: A06C |
| Period Start: | 11/08/2020 | 1385 COLLIER RD. NW | | Dept: 30 - Delivery |
| Period End: | 11/14/2020 | ATLANTA  GA  30318 | | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 17.00 | 40.00 | 680.00 | 13237.26 |
| Overtime | 25.50 | 14.23 | 362.87 | 2149.67 |
| Paid Time Off | 17.00 | 0.00 | 0.00 | 136.00 |
| Holiday $ | | | 0.00 | 225.00 |
| Piece Rate | | | 0.00 | 36000.00 |
| Vacation Piece Rate | | | 0.00 | 1575.00 |
| **Gross** | | 54.23 | 1042.87 | 53322.93 |
| **W/H Taxes** | | | | |
| Federal W/H(M/3) | | | 60.32 | 3361.69 |
| Medicare | | | 15.12 | 773.18 |
| Social Security | | | 64.66 | 3306.02 |
| Georgia State W/H(B/1) | | | 43.66 | 2299.74 |
| **Deductions** | | | | |
| Child Support $ | | | 61.00 | 2867.00 |
| **Net Pay** | | | 798.11 | 40715.30  Voucher No. 276877664DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 798.11 | 40715.30  A/C:7026 |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| Vacation Hours | 0.00 | 40.00 | 40.00 | 0.00 |

---

Voucher No. 276877664DD

KELLYS FOOD TRANSPORTATION OF AL
P.O. BOX 770187
WINTER GARDEN, FLORIDA   34777-0187
1-407-654-0500  1-800-749-2171
Dept: 30

DATE: 11/20/2020

**Net Pay:**  **798.11**

Seven Hundred Ninety Eight And 11/100 Dollars

DONALD WHITING
1162 LEHAUN CT
GANOTIB, GA  30228

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

**Earnings Statement**                                                                                                     DONALD WHITING

|  |  |  |  |  |
|---|---|---|---|---|
| Pay Date: | 11/13/2020 | Company: 0G515 - KELLYS FOOD TRANSPORTATION OF AL | | Emp #: A06C |
| Period Start: | 11/01/2020 | 1385 COLLIER RD. NW | | Dept: 30 - Delivery |
| Period End: | 11/07/2020 | ATLANTA  GA  30318 | | Pay Basis: Hourly |

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 17.00 | 40.00 | 680.00 | 12557.26 |
| Overtime | 25.50 | 5.05 | 128.78 | 1786.80 |
| Paid Time Off | 17.00 | 0.00 | 0.00 | 136.00 |
| Holiday $ | | | 0.00 | 225.00 |
| Piece Rate | | | 0.00 | 36000.00 |
| Vacation Piece Rate | | | 0.00 | 1575.00 |
| **Gross** | | 45.05 | 808.78 | 52280.06 |
| **W/H Taxes** | | | | |
| Federal W/H(M/3) | | | 33.19 | 3301.37 |
| Medicare | | | 11.73 | 758.06 |
| Social Security | | | 50.14 | 3241.36 |
| Georgia State W/H(B/1) | | | 30.20 | 2256.08 |
| **Deductions** | | | | |
| Child Support $ | | | 61.00 | 2806.00 |
| **Net Pay** | | | 622.52 | 39917.19  Voucher No. 275544043DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 622.52 | 39917.19  A/C:7026 |

| **Employee Benefits, Allowances, and Other** | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Vacation Hours | 0.00 | 40.00 | 40.00 | 0.00 |

---

Voucher No. 275544043DD

KELLYS FOOD TRANSPORTATION OF AL
P.O. BOX 770187                                              DATE: 11/13/2020
WINTER GARDEN, FLORIDA    34777-0187
1-407-654-0500  1-800-749-2171
Dept: 30

**Net Pay:**                                                                                                                     **622.52**

Six Hundred Twenty Two And 52/100 Dollars

DONALD WHITING
1162 LEHAUN CT                                                      **For Record Purposes Only**
GANOTIB, GA  30228                                                    **\*\*NON-NEGOTIABLE\*\***

**Earnings Statement**                                                                                           **DONALD WHITING**

|  |  | Company: 0G515 - KELLYS FOOD TRANSPORTATION |  |
|---|---|---|---|
| Pay Date: | 11/06/2020 | OF AL | Emp #: A06C |
| Period Start: | 10/25/2020 | 1385 COLLIER RD. NW | Dept: 30 - Delivery |
| Period End: | 10/31/2020 | ATLANTA  GA  30318 | Pay Basis: Hourly |

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** |  |  |  |  |
| Regular | 17.00 | 40.00 | 680.00 | 11877.26 |
| Overtime | 25.50 | 8.52 | 217.26 | 1658.02 |
| Paid Time Off | 17.00 | 0.00 | 0.00 | 136.00 |
| Holiday $ |  |  | 0.00 | 225.00 |
| Piece Rate |  |  | 0.00 | 36000.00 |
| Vacation Piece Rate |  |  | 0.00 | 1575.00 |
| **Gross** |  | 48.52 | 897.26 | 51471.28 |
| **W/H Taxes** |  |  |  |  |
| Federal W/H(M/3) |  |  | 42.84 | 3268.18 |
| Medicare |  |  | 13.01 | 746.33 |
| Social Security |  |  | 55.63 | 3191.22 |
| Georgia State W/H(B/1) |  |  | 35.29 | 2225.88 |
| **Deductions** |  |  |  |  |
| Child Support $ |  |  | 61.00 | 2745.00 |
| **Net Pay** |  |  | 689.49 | 39294.67  Voucher No. 274373513DD |
| **Net Pay Distribution** |  |  |  |  |
| Direct Deposit Net Check |  |  | 689.49 | 39294.67  A/C:7026 |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| Vacation Hours | 0.00 | 40.00 | 40.00 | 0.00 |

---

Voucher No. 274373513DD

KELLYS FOOD TRANSPORTATION OF AL
P.O. BOX 770187                                          DATE: 11/06/2020
WINTER GARDEN, FLORIDA    34777-0187
1-407-654-0500  1-800-749-2171
Dept: 30

**Net Pay:**                                                                                                                              **689.49**

Six Hundred Eighty Nine And 49/100 Dollars

DONALD WHITING
1162 LEHAUN CT                                                                              **For Record Purposes Only**
GANOTIB, GA  30228                                                                          **\*\*NON-NEGOTIABLE\*\***

Earnings Statement                                                                                    DONALD WHITING

Company: 0G515 - KELLYS FOOD TRANSPORTATION
Pay Date:        10/30/2020          OF AL                                                            Emp #: A06C
Period Start:    10/18/2020          1385 COLLIER RD. NW                                              Dept: 30 - Delivery
Period End:      10/24/2020          ATLANTA  GA  30318                                               Pay Basis: Hourly

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 17.00 | 40.00 | 680.00 | 11197.26 |
| Overtime | 25.50 | 4.55 | 116.03 | 1440.76 |
| Paid Time Off | 17.00 | 0.00 | 0.00 | 136.00 |
| Holiday $ | | | 0.00 | 225.00 |
| Piece Rate | | | 0.00 | 36000.00 |
| Vacation Piece Rate | | | 0.00 | 1575.00 |
| **Gross** | | 44.55 | 796.03 | 50574.02 |
| **W/H Taxes** | | | | |
| Federal W/H(M/3) | | | 31.91 | 3225.34 |
| Medicare | | | 11.54 | 733.32 |
| Social Security | | | 49.35 | 3135.59 |
| Georgia State W/H(B/1) | | | 29.47 | 2190.59 |
| **Deductions** | | | | |
| Child Support $ | | | 61.00 | 2684.00 |
| **Net Pay** | | | 612.76 | 38605.18 Voucher No. 273126516DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 612.76 | 38605.18 A/C:7026 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Vacation Hours | 0.00 | 40.00 | 40.00 | 0.00 |

---

Voucher No. 273126516DD

KELLYS FOOD TRANSPORTATION OF AL
P.O. BOX 770187                                          DATE: 10/30/2020
WINTER GARDEN, FLORIDA    34777-0187
1-407-654-0500  1-800-749-2171
Dept: 30

**Net Pay:**                                                                                       **612.76**

Six Hundred Twelve And 76/100 Dollars

DONALD WHITING
1162 LEHAUN CT                                           **For Record Purposes Only**
GANOTIB, GA  30228                                       **\*\*NON-NEGOTIABLE\*\***

| Earnings Statement | | | | | DONALD WHITING |
|---|---|---|---|---|---|
| | | Company: 0G515 - KELLYS FOOD TRANSPORTATION | | | |
| Pay Date: | 10/23/2020 | OF AL | | | Emp #: A06C |
| Period Start: | 10/11/2020 | 1385 COLLIER RD. NW | | | Dept: 30 - Delivery |
| Period End: | 10/17/2020 | ATLANTA  GA  30318 | | | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 17.00 | 40.00 | 680.00 | 10517.26 |
| Overtime | 25.50 | 8.58 | 218.79 | 1324.73 |
| Paid Time Off | 17.00 | 0.00 | 0.00 | 136.00 |
| Holiday $ | | | 0.00 | 225.00 |
| Piece Rate | | | 0.00 | 36000.00 |
| Vacation Piece Rate | | | 0.00 | 1575.00 |
| **Gross** | | 48.58 | 898.79 | 49777.99 |
| **W/H Taxes** | | | | |
| Federal W/H(M/3) | | | 43.03 | 3193.43 |
| Medicare | | | 13.03 | 721.78 |
| Social Security | | | 55.73 | 3086.24 |
| Georgia State W/H(B/1) | | | 35.38 | 2161.12 |
| **Deductions** | | | | |
| Child Support $ | | | 61.00 | 2623.00 |
| **Net Pay** | | | 690.62 | 37992.42  Voucher No. 272039704DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 690.62 | 37992.42  A/C:7026 |

| **Employee Benefits, Allowances, and Other** | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Vacation Hours | 0.00 | 40.00 | 40.00 | 0.00 |

---

Voucher No. 272039704DD

KELLYS FOOD TRANSPORTATION OF AL
P.O. BOX 770187                                            DATE: 10/23/2020
WINTER GARDEN, FLORIDA    34777-0187
1-407-654-0500  1-800-749-2171
Dept: 30

**Net Pay:**                                                                                              **690.62**

Six Hundred Ninety And 62/100 Dollars

DONALD WHITING
1162 LEHAUN CT                                            **For Record Purposes Only**
GANOTIB, GA  30228                                        **\*\*NON-NEGOTIABLE\*\***

| Earnings Statement | | | | | DONALD WHITING |
|---|---|---|---|---|---|

Company: 0G515 - KELLYS FOOD TRANSPORTATION OF AL
1385 COLLIER RD. NW
ATLANTA  GA  30318

Pay Date: 10/16/2020
Period Start: 10/04/2020
Period End: 10/10/2020

Emp #: A06C
Dept: 30 - Delivery
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 17.00 | 40.00 | 680.00 | 9837.26 |
| Overtime | 25.50 | 11.60 | 295.80 | 1105.94 |
| Paid Time Off | 17.00 | 0.00 | 0.00 | 136.00 |
| Holiday $ | | | 0.00 | 225.00 |
| Piece Rate | | | 0.00 | 36000.00 |
| Vacation Piece Rate | | | 0.00 | 1575.00 |
| **Gross** | | 51.60 | 975.80 | 48879.20 |
| **W/H Taxes** | | | | |
| Federal W/H(M/3) | | | 52.27 | 3150.40 |
| Medicare | | | 14.15 | 708.75 |
| Social Security | | | 60.50 | 3030.51 |
| Georgia State W/H(B/1) | | | 39.81 | 2125.74 |
| **Deductions** | | | | |
| Child Support $ | | | 61.00 | 2562.00 |
| **Net Pay** | | | 748.07 | 37301.80 Voucher No. 270805614DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 748.07 | 37301.80 A/C:7026 |

| **Employee Benefits, Allowances, and Other** | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Vacation Hours | 0.00 | 40.00 | 40.00 | 0.00 |

---

Voucher No. 270805614DD

KELLYS FOOD TRANSPORTATION OF AL
P.O. BOX 770187
WINTER GARDEN, FLORIDA    34777-0187
1-407-654-0500  1-800-749-2171
Dept: 30

DATE: 10/16/2020

**Net Pay:**                                                                                                    **748.07**

Seven Hundred Forty Eight And 07/100 Dollars

DONALD WHITING
1162 LEHAUN CT
GANOTIB, GA  30228

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***