**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re:<br><br>DONALD RENALDO WHITING, III<br><br>Debtor(s) | Case No. 18-68507-LRC |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Melissa J. Davey, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/03/2018.

2) The plan was confirmed on 03/20/2019.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 01/14/2021.

6) Number of months from filing to last payment: 25.

7) Number of months case was pending: 27.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $23,100.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $9,135.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $9,135.00

## Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,335.02 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $610.84 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION** $3,945.86

Attorney fees paid and disclosed by debtor: $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALLY FINANCIAL | Secured | 24,297.00 | 25,162.87 | 25,162.87 | 0.00 | 0.00 |
| AT&T CORP | Unsecured | 1,366.00 | 1,365.90 | 1,365.90 | 0.00 | 0.00 |
| AT&T MOBILITY II LLC | Unsecured | 507.00 | 507.28 | 507.28 | 0.00 | 0.00 |
| BYL COLLECTIONS | Unsecured | 191.00 | NA | NA | 0.00 | 0.00 |
| ERC/ENHANCED RECOVERY CORF | Unsecured | 507.00 | NA | NA | 0.00 | 0.00 |
| Georgia Department of Revenue | Unsecured | 0.00 | 177.17 | 177.17 | 0.00 | 0.00 |
| Georgia Department of Revenue | Priority | 519.00 | 518.49 | 518.49 | 0.00 | 0.00 |
| Georgia Department of Revenue | Secured | 4,063.00 | 4,062.78 | 4,062.78 | 1,660.72 | 442.31 |
| INTERNAL REVENUE SERVICE | Priority | 2,515.00 | 2,514.46 | 2,514.46 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 0.00 | 4,617.67 | 4,617.67 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 692.00 | 657.58 | 657.58 | 0.00 | 0.00 |
| MIDLAND FUNDING, LLC | Unsecured | 979.00 | 978.75 | 978.75 | 0.00 | 0.00 |
| MIDLAND FUNDING, LLC | Unsecured | NA | 746.37 | 746.37 | 0.00 | 0.00 |
| PENNYMAC LOAN SERVICES, LLC | Secured | 5,790.00 | 5,789.54 | 5,789.54 | 2,468.89 | 0.00 |
| Portfolio Recovery Associates, LLC | Unsecured | 584.00 | 583.97 | 583.97 | 0.00 | 0.00 |
| Portfolio Recovery Associates, LLC | Unsecured | 391.00 | 356.32 | 356.32 | 0.00 | 0.00 |
| PREMIER BANKCARD, LLC | Unsecured | 606.00 | 606.62 | 606.62 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA INC | Unsecured | 24,782.00 | 24,782.00 | 24,782.00 | 0.00 | 0.00 |
| STONEY CREEK ESTATES HOA | Secured | 1,329.00 | 1,328.23 | 1,328.23 | 617.22 | 0.00 |
| TIERRA MITCHELL | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION / MOHEL | Unsecured | 9,456.00 | 9,472.13 | 9,472.13 | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $5,789.54 | $2,468.89 | $0.00 |
| Debt Secured by Vehicle | $25,162.87 | $0.00 | $0.00 |
| All Other Secured | $5,391.01 | $2,277.94 | $442.31 |
| **TOTAL SECURED:** | **$36,343.42** | **$4,746.83** | **$442.31** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,032.95 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$3,032.95** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS** | **$44,851.76** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,945.86 |
| Disbursements to Creditors | $5,189.14 |
| **TOTAL DISBURSEMENTS:** | **$9,135.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 01/19/2021          By: /s/ Melissa J. Davey
                                             Trustee

**STATEMENT:** This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| DONALD RENALDO WHITING, III | ) | |
| | ) | CASE NO. 18-68507-LRC |
| | ) | |
| DEBTOR | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing Amended Chapter 13 Trustee's Final Report and Account using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

E. L. Clark    ecfnotices@cw13.com, cwatlantabk@gmail.com
Dana M. Tucker Davis    ddavis@tuckerdavislaw.com
S. Gregory Hays    ghays@haysconsulting.net,
saskue@haysconsulting.net;GA32@ecfcbis.com
Brian K. Jordan    ecfganb@aldridgepite.com, bjordan@ecf.inforuptcy.com
Wanda D. Murray    wmurray@aldridgepite.com, ecfganb@aldridgepite.com
Bryce R. Noel    ecfganb@aldridgepite.com, bnoel@ecf.inforuptcy.com
Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail with adequate postage prepaid on the following parties set forth below at the address shown for each.

DEBTOR(S):
DONALD RENALDO WHITING, III
1162 LEHAVRE COURT
HAMPTON, GA  30228

**UST Form 101-13-FR-S (9/1/2009)**

Dated: 01/19/2021

/s/ Melissa J. Davey
Melissa J. Davey, Chapter 13 Trustee
State Bar No. 206310
Standing Chapter 13 Trustee
260 PEACHTREE STREET N.W.
SUITE 200
Atlanta, GA  30303
(678)510-1444

UST Form 101-13-FR-S (9/1/2009)