# Earnings Statement

**DONALD WHITING**

| | |
|---|---|
| Pay Date: 01/29/2021 | Emp #: A06C |
| Period Start: 01/17/2021 | Dept: 30 - Delivery |
| Period End: 01/23/2021 | Pay Basis: Hourly |

Company: 0G515 - KELLYS FOOD TRANSPORTATION OF AL
1385 COLLIER RD. NW
ATLANTA GA 30318

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 17.00 | 40.00 | 680.00 | 2531.30 |
| Overtime | 25.50 | 7.50 | 191.25 | 639.80 |
| **Gross** | | 47.50 | 871.25 | 3171.10 |
| **W/H Taxes** | | | | |
| Federal W/H(M/3) | | | 38.97 | 126.05 |
| Medicare | | | 12.63 | 45.98 |
| Social Security | | | 54.02 | 196.61 |
| Georgia State W/H(B/1) | | | 33.79 | 117.13 |
| **Deductions** | | | | |
| Child Support $ | | | 61.00 | 244.00 |
| **Net Pay** | | | 670.84 | 2441.33  Check No. 409803379 |
| **Net Pay Distribution** | | | | |
| Payroll Net Check | | | 670.84 | 2441.33 A/C: |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Vacation Hours | 0.00 | 40.00 | 40.00 | 0.00 |

---

Check No. 409803379

KELLYS FOOD TRANSPORTATION OF AL
P.O. BOX 770187
WINTER GARDEN, FLORIDA    34777-0187
1-407-654-0500  1-800-749-2171
Dept: 30

DATE: 01/29/2021

**Net Pay:**                                                                 **670.84**

Six Hundred Seventy And 84/100 Dollars

DONALD WHITING
1162 LEHAUN CT
GANOTIB, GA  30228

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**DONALD WHITING**

| | | |
|---|---|---|
| Pay Date: | 01/22/2021 | Company: 0G515 - KELLYS FOOD TRANSPORTATION OF AL |
| Period Start: | 01/10/2021 | 1385 COLLIER RD. NW |
| Period End: | 01/16/2021 | ATLANTA  GA  30318 |

Emp #: A06C
Dept: 30 - Delivery
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 17.00 | 40.00 | 680.00 | 1851.30 |
| Overtime | 25.50 | 11.00 | 280.50 | 448.55 |
| **Gross** | | 51.00 | 960.50 | 2299.85 |
| **W/H Taxes** | | | | |
| Federal W/H(M/3) | | | 49.68 | 87.08 |
| Medicare | | | 13.93 | 33.35 |
| Social Security | | | 59.55 | 142.59 |
| Georgia State W/H(B/1) | | | 38.93 | 83.34 |
| **Deductions** | | | | |
| Child Support $ | | | 61.00 | 183.00 |
| **Net Pay** | | | 737.41 | 1770.49  Check No. 409779807 |
| **Net Pay Distribution** | | | | |
| Payroll Net Check | | | 737.41 | 1770.49  A/C: |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Vacation Hours | 0.00 | 40.00 | 40.00 | 0.00 |

---

Check No. 409779807

KELLYS FOOD TRANSPORTATION OF AL
P.O. BOX 770187
WINTER GARDEN, FLORIDA    34777-0187
1-407-654-0500  1-800-749-2171
Dept: 30

DATE: 01/22/2021

**Net Pay:**                                                                                                                    **737.41**

Seven Hundred Thirty Seven And 41/100 Dollars

DONALD WHITING
1162 LEHAUN CT
GANOTIB, GA  30228

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

Earnings Statement                                                                                     DONALD WHITING

|  |  | Company: 0G515 - KELLYS FOOD TRANSPORTATION OF AL |  |
|---|---|---|---|
| Pay Date: | 01/15/2021 |  | Emp #: A06C |
| Period Start: | 01/03/2021 | 1385 COLLIER RD. NW | Dept: 30 - Delivery |
| Period End: | 01/09/2021 | ATLANTA  GA  30318 | Pay Basis: Hourly |

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** |  |  |  |  |
| Regular | 17.00 | 40.00 | 680.00 | 1171.30 |
| Overtime | 25.50 | 6.59 | 168.05 | 168.05 |
| **Gross** |  | 46.59 | 848.05 | 1339.35 |
| **W/H Taxes** |  |  |  |  |
| Federal W/H(M/3) |  |  | 36.54 | 37.40 |
| Medicare |  |  | 12.30 | 19.42 |
| Social Security |  |  | 52.58 | 83.04 |
| Georgia State W/H(B/1) |  |  | 32.46 | 44.41 |
| **Deductions** |  |  |  |  |
| Child Support $ |  |  | 61.00 | 122.00 |
| **Net Pay** |  |  | 653.17 | 1033.08  Check No. 409753459 |
| **Net Pay Distribution** |  |  |  |  |
| Payroll Net Check |  |  | 653.17 | 1033.08  A/C: |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Vacation Hours | 0.00 | 40.00 | 40.00 | 0.00 |

---

Check No. 409753459

KELLYS FOOD TRANSPORTATION OF AL
P.O. BOX 770187
WINTER GARDEN, FLORIDA   34777-0187            DATE: 01/15/2021
1-407-654-0500  1-800-749-2171
Dept: 30

**Net Pay:**                                                                                                           **653.17**

Six Hundred Fifty Three And 17/100 Dollars

DONALD WHITING
1162 LEHAUN CT                                                         **For Record Purposes Only**
GANOTIB, GA  30228                                                      **\*\*NON-NEGOTIABLE\*\***

|  |  | Company: 0G515 - KELLYS FOOD TRANSPORTATION |  |
|---|---|---|---|
| Pay Date: | 01/08/2021 | OF AL | Emp #: A06C |
| Period Start: | 12/27/2020 | 1385 COLLIER RD. NW | Dept: 30 - Delivery |
| Period End: | 01/02/2021 | ATLANTA  GA  30318 | Pay Basis: Hourly |

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** |  |  |  |  |
| Regular | 17.00 | 28.90 | 491.30 | 491.30 |
| **Gross** |  | 28.90 | 491.30 | 491.30 |
| **W/H Taxes** |  |  |  |  |
| Federal W/H(M/3) |  |  | 0.86 | 0.86 |
| Medicare |  |  | 7.12 | 7.12 |
| Social Security |  |  | 30.46 | 30.46 |
| Georgia State W/H(B/1) |  |  | 11.95 | 11.95 |
| **Deductions** |  |  |  |  |
| Child Support $ |  |  | 61.00 | 61.00 |
| **Net Pay** |  |  | 379.91 | 379.91  Check No. 409730674 |
| **Net Pay Distribution** |  |  |  |  |
| Payroll Net Check |  |  | 379.91 | 379.91 A/C: |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| Vacation Hours | 0.00 | 40.00 | 40.00 | 0.00 |

---

Check No. 409730674

KELLYS FOOD TRANSPORTATION OF AL
P.O. BOX 770187                                    DATE: 01/08/2021
WINTER GARDEN, FLORIDA    34777-0187
1-407-654-0500  1-800-749-2171
Dept: 30

**Net Pay:**                                                                                 **379.91**

Three Hundred Seventy Nine And 91/100 Dollars


DONALD WHITING
1162 LEHAUN CT                                    **For Record Purposes Only**
GANOTIB, GA  30228                                **\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**DONALD WHITING**

Company: 0G515 - KELLYS FOOD TRANSPORTATION OF AL
1385 COLLIER RD. NW
ATLANTA  GA  30318

Pay Date: 12/31/2020
Period Start: 12/20/2020
Period End: 12/26/2020

Emp #: A06C
Dept: 30 - Delivery
Pay Basis: Hourly

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 17.00 | 30.38 | 516.46 | 16812.02 |
| Overtime | 25.50 | 0.00 | 0.00 | 2758.36 |
| Paid Time Off | 17.00 | 0.00 | 0.00 | 136.00 |
| Bonus | | | 0.00 | 100.00 |
| Holiday | 17.00 | 8.00 | 136.00 | 272.00 |
| Holiday $ | | | 0.00 | 225.00 |
| Piece Rate | | | 0.00 | 36000.00 |
| Vacation Piece Rate | | | 0.00 | 1575.00 |
| **Gross** | | 38.38 | 652.46 | 57878.38 |
| **W/H Taxes** | | | | |
| Federal W/H(M/3) | | | 17.55 | 3523.54 |
| Medicare | | | 9.46 | 839.24 |
| Social Security | | | 40.45 | 3588.46 |
| Georgia State W/H(B/1) | | | 21.21 | 2458.11 |
| **Deductions** | | | | |
| Child Support $ | | | 61.00 | 3233.00 |
| **Net Pay** | | | 502.79 | 44236.03 |

Voucher No. 284645177DD

**Net Pay Distribution**

Direct Deposit Net Check    502.79    44236.03    A/C:7026

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Vacation Hours | 0.00 | 40.00 | 40.00 | 0.00 |

---

Voucher No. 284645177DD

KELLYS FOOD TRANSPORTATION OF AL
P.O. BOX 770187
WINTER GARDEN, FLORIDA    34777-0187
1-407-654-0500  1-800-749-2171
Dept: 30

DATE: 12/31/2020

**Net Pay:**                    **502.79**

Five Hundred Two And 79/100 Dollars

DONALD WHITING
1162 LEHAUN CT
GANOTIB, GA  30228

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement                                                                                             DONALD WHITING

|  | Company: 0G515 - KELLYS FOOD TRANSPORTATION |  |
|---|---|---|
| Pay Date: 12/24/2020 | OF AL | Emp #: A06C |
| Period Start: 12/13/2020 | 1385 COLLIER RD. NW | Dept: 30 - Delivery |
| Period End: 12/19/2020 | ATLANTA  GA  30318 | Pay Basis: Hourly |

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** |  |  |  |  |
| Regular | 17.00 | 40.00 | 680.00 | 16295.56 |
| Overtime | 25.50 | 6.98 | 177.99 | 2758.36 |
| Paid Time Off | 17.00 | 0.00 | 0.00 | 136.00 |
| Bonus |  |  | 0.00 | 100.00 |
| Holiday | 17.00 | 0.00 | 0.00 | 136.00 |
| Holiday $ |  |  | 0.00 | 225.00 |
| Piece Rate |  |  | 0.00 | 36000.00 |
| Vacation Piece Rate |  |  | 0.00 | 1575.00 |
| **Gross** |  | 46.98 | 857.99 | 57225.92 |
| **W/H Taxes** |  |  |  |  |
| Federal W/H(M/3) |  |  | 38.13 | 3505.99 |
| Medicare |  |  | 12.45 | 829.78 |
| Social Security |  |  | 53.20 | 3548.01 |
| Georgia State W/H(B/1) |  |  | 33.03 | 2436.90 |
| **Deductions** |  |  |  |  |
| Child Support $ |  |  | 61.00 | 3172.00 |
| **Net Pay** |  |  | 660.18 | 43733.24  Voucher No. 283384258DD |
| **Net Pay Distribution** |  |  |  |  |
| Direct Deposit Net Check |  |  | 660.18 | 43733.24  A/C:7026 |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| Vacation Hours | 0.00 | 40.00 | 40.00 | 0.00 |

---

Voucher No. 283384258DD

KELLYS FOOD TRANSPORTATION OF AL
P.O. BOX 770187                                          DATE: 12/24/2020
WINTER GARDEN, FLORIDA    34777-0187
1-407-654-0500  1-800-749-2171
Dept: 30

## Net Pay:                                                                                                                            660.18

Six Hundred Sixty And 18/100 Dollars

DONALD WHITING
1162 LEHAUN CT                                                                            **For Record Purposes Only**
GANOTIB, GA  30228                                                                      **\*\*NON-NEGOTIABLE\*\***

| Earnings Statement | | | | | DONALD WHITING |
|---|---|---|---|---|---|
| Pay Date: | 12/18/2020 | Company: 0G515 - KELLYS FOOD TRANSPORTATION OF AL | | | Emp #: A06C |
| Period Start: | 12/06/2020 | 1385 COLLIER RD. NW | | | Dept: 30 - Delivery |
| Period End: | 12/12/2020 | ATLANTA  GA  30318 | | | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 17.00 | 40.00 | 680.00 | 15615.56 |
| Overtime | 25.50 | 5.20 | 132.60 | 2580.37 |
| Paid Time Off | 17.00 | 0.00 | 0.00 | 136.00 |
| Bonus | | | 0.00 | 100.00 |
| Holiday | 17.00 | 0.00 | 0.00 | 136.00 |
| Holiday $ | | | 0.00 | 225.00 |
| Piece Rate | | | 0.00 | 36000.00 |
| Vacation Piece Rate | | | 0.00 | 1575.00 |
| **Gross** | | 45.20 | 812.60 | 56367.93 |
| **W/H Taxes** | | | | |
| Federal W/H(M/3) | | | 33.57 | 3467.86 |
| Medicare | | | 11.78 | 817.33 |
| Social Security | | | 50.38 | 3494.81 |
| Georgia State W/H(B/1) | | | 30.42 | 2403.87 |
| **Deductions** | | | | |
| Child Support $ | | | 61.00 | 3111.00 |
| **Net Pay** | | | 625.45 | 43073.06  Voucher No. 282017722DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 625.45 | 43073.06  A/C:7026 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Vacation Hours | 0.00 | 40.00 | 40.00 | 0.00 |

---

Voucher No. 282017722DD

KELLYS FOOD TRANSPORTATION OF AL
P.O. BOX 770187
WINTER GARDEN, FLORIDA   34777-0187
1-407-654-0500  1-800-749-2171
Dept: 30

DATE: 12/18/2020

**Net Pay:**                                    **625.45**

Six Hundred Twenty Five And 45/100 Dollars

DONALD WHITING
1162 LEHAUN CT
GANOTIB, GA  30228

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

Earnings Statement                                                                                    DONALD WHITING

|  |  | Company: 0G515 - KELLYS FOOD TRANSPORTATION OF AL |  |
|---|---|---|---|
| Pay Date: | 01/29/2021 | | Emp #: A06C |
| Period Start: | 01/17/2021 | 1385 COLLIER RD. NW | Dept: 30 - Delivery |
| Period End: | 01/23/2021 | ATLANTA  GA  30318 | Pay Basis: Hourly |

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 17.00 | 40.00 | 680.00 | 2531.30 |
| Overtime | 25.50 | 7.50 | 191.25 | 639.80 |
| **Gross** | | 47.50 | 871.25 | 3171.10 |
| **W/H Taxes** | | | | |
| Federal W/H(M/3) | | | 38.97 | 126.05 |
| Medicare | | | 12.63 | 45.98 |
| Social Security | | | 54.02 | 196.61 |
| Georgia State W/H(B/1) | | | 33.79 | 117.13 |
| **Deductions** | | | | |
| Child Support $ | | | 61.00 | 244.00 |
| **Net Pay** | | | 670.84 | 2441.33 Check No. 409803379 |
| **Net Pay Distribution** | | | | |
| Payroll Net Check | | | 670.84 | 2441.33 A/C: |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| Vacation Hours | 0.00 | 40.00 | 40.00 | 0.00 |

---

Check No. 409803379

KELLYS FOOD TRANSPORTATION OF AL
P.O. BOX 770187
WINTER GARDEN, FLORIDA  34777-0187               DATE: 01/29/2021
1-407-654-0500  1-800-749-2171
Dept: 30

**Net Pay:**                                                                                                   **670.84**

Six Hundred Seventy And 84/100 Dollars

DONALD WHITING
1162 LEHAUN CT                                                        **For Record Purposes Only**
GANOTIB, GA  30228                                                    **\*\*NON-NEGOTIABLE\*\***

Earnings Statement                                                                                    DONALD WHITING

|  |  | Company: 0G515 - KELLYS FOOD TRANSPORTATION OF AL |  |
|---|---|---|---|
| Pay Date: | 01/22/2021 | | Emp #: A06C |
| Period Start: | 01/10/2021 | 1385 COLLIER RD. NW | Dept: 30 - Delivery |
| Period End: | 01/16/2021 | ATLANTA  GA  30318 | Pay Basis: Hourly |

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 17.00 | 40.00 | 680.00 | 1851.30 |
| Overtime | 25.50 | 11.00 | 280.50 | 448.55 |
| **Gross** | | 51.00 | 960.50 | 2299.85 |
| **W/H Taxes** | | | | |
| Federal W/H(M/3) | | | 49.68 | 87.08 |
| Medicare | | | 13.93 | 33.35 |
| Social Security | | | 59.55 | 142.59 |
| Georgia State W/H(B/1) | | | 38.93 | 83.34 |
| **Deductions** | | | | |
| Child Support $ | | | 61.00 | 183.00 |
| **Net Pay** | | | 737.41 | 1770.49  Check No. 409779807 |
| **Net Pay Distribution** | | | | |
| Payroll Net Check | | | 737.41 | 1770.49  A/C: |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| Vacation Hours | 0.00 | 40.00 | 40.00 | 0.00 |

---

Check No. 409779807

KELLYS FOOD TRANSPORTATION OF AL
P.O. BOX 770187
WINTER GARDEN, FLORIDA   34777-0187        DATE: 01/22/2021
1-407-654-0500  1-800-749-2171
Dept: 30

**Net Pay:**                                                                                                 **737.41**

Seven Hundred Thirty Seven And 41/100 Dollars

DONALD WHITING
1162 LEHAUN CT                                                       **For Record Purposes Only**
GANOTIB, GA  30228                                                  **\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**DONALD WHITING**

| | | |
|---|---|---|
| Pay Date: | 01/15/2021 | Company: 0G515 - KELLYS FOOD TRANSPORTATION OF AL |
| Period Start: | 01/03/2021 | 1385 COLLIER RD. NW |
| Period End: | 01/09/2021 | ATLANTA  GA  30318 |

Emp #: A06C
Dept: 30 - Delivery
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---:|---:|---:|---:|
| **Earnings** | | | | |
| Regular | 17.00 | 40.00 | 680.00 | 1171.30 |
| Overtime | 25.50 | 6.59 | 168.05 | 168.05 |
| **Gross** | | 46.59 | 848.05 | 1339.35 |
| **W/H Taxes** | | | | |
| Federal W/H(M/3) | | | 36.54 | 37.40 |
| Medicare | | | 12.30 | 19.42 |
| Social Security | | | 52.58 | 83.04 |
| Georgia State W/H(B/1) | | | 32.46 | 44.41 |
| **Deductions** | | | | |
| Child Support $ | | | 61.00 | 122.00 |
| **Net Pay** | | | 653.17 | 1033.08  Check No. 409753459 |
| **Net Pay Distribution** | | | | |
| Payroll Net Check | | | 653.17 | 1033.08  A/C: |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---:|---:|---:|---:|
| Vacation Hours | 0.00 | 40.00 | 40.00 | 0.00 |

---

Check No. 409753459

KELLYS FOOD TRANSPORTATION OF AL
P.O. BOX 770187
WINTER GARDEN, FLORIDA    34777-0187
1-407-654-0500  1-800-749-2171
Dept: 30

DATE: 01/15/2021

**Net Pay:**                                                                                                             **653.17**

Six Hundred Fifty Three And 17/100 Dollars

DONALD WHITING
1162 LEHAUN CT
GANOTIB, GA  30228

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

**Earnings Statement**                                                                                       DONALD WHITING

Company: 0G515 - KELLYS FOOD TRANSPORTATION
Pay Date: 01/08/2021                          OF AL                                                            Emp #: A06C
Period Start: 12/27/2020          1385 COLLIER RD. NW                                                          Dept: 30 - Delivery
Period End: 01/02/2021            ATLANTA  GA  30318                                                           Pay Basis: Hourly

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 17.00 | 28.90 | 491.30 | 491.30 |
| **Gross** | | 28.90 | 491.30 | 491.30 |
| **W/H Taxes** | | | | |
| Federal W/H(M/3) | | | 0.86 | 0.86 |
| Medicare | | | 7.12 | 7.12 |
| Social Security | | | 30.46 | 30.46 |
| Georgia State W/H(B/1) | | | 11.95 | 11.95 |
| **Deductions** | | | | |
| Child Support $ | | | 61.00 | 61.00 |
| **Net Pay** | | | 379.91 | 379.91  Check No. 409730674 |
| **Net Pay Distribution** | | | | |
| Payroll Net Check | | | 379.91 | 379.91  A/C: |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| Vacation Hours | 0.00 | 40.00 | 40.00 | 0.00 |

---

Check No. 409730674

KELLYS FOOD TRANSPORTATION OF AL
P.O. BOX 770187                                          DATE: 01/08/2021
WINTER GARDEN, FLORIDA   34777-0187
1-407-654-0500  1-800-749-2171
Dept: 30

**Net Pay:**                                                                                                    **379.91**

Three Hundred Seventy Nine And 91/100 Dollars


DONALD WHITING
1162 LEHAUN CT                                                         **For Record Purposes Only**
GANOTIB, GA  30228                                                     **\*\*NON-NEGOTIABLE\*\***