IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: <br><br> DONALD RENALDO WHITING, III AKA DONALD RENALDO WHITING AKA DONALD RENALDOSHANAILE WHITING, III, AKA DONALD RENALDO SHANAILEY WHITING, III, <br><br> Debtor. | CASE NO. 18-68507-lrc <br><br> CHAPTER: 7 <br><br> JUDGE: LISA RITCHEY CRAIG |
| PENNYMAC LOAN SERVICES, LLC, <br><br> Movant, <br><br> v. <br><br> DONALD RENALDO WHITING, III AKA DONALD RENALDO WHITING AKA DONALD RENALDOSHANAILE WHITING, III, AKA DONALD RENALDO SHANAILEY WHITING, III, Debtor <br> S. GREGORY HAYS, Trustee, <br><br> Respondent(s). | CONTESTED MATTER |

**NOTICE OF RE-HEARING (#55)**

  **PLEASE TAKE NOTICE** that the Movant named above has filed a Motion for Relief from the Automatic Stay and related papers with the Court seeking an Order Granting Relief from the Automatic Stay.

  **PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion in Courtroom 1204, United States Courthouse, 75 Ted Turner Drive SW, Atlanta, GA 30303, at 10:00 A.M., on July 22, 2021.

  Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings, or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how, and on whom (including

addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive SW, Room 1340, Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. If a final decision cannot be rendered by the Court within sixty (60) days of the date of the request, Movant waives the requirement that a final decision be issued within that period. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.

*/s/ Brian K. Jordan*
Brian K. Jordan, Bar No.: 113008
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
Email: bjordan@aldridgepite.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | Case No. 18-68507-LRC |
| DONALD RENALDO WHITING, III AKA DONALD RENALDO WHITING AKA DONALD RENALDOSHANAILE WHITING, III, AKA DONALD RENALDO SHANAILEY WHITING, III, | Chapter 7 |
| Debtor. | |

**CERTIFICATE OF SERVICE**

This is to certify that on this day I electronically filed the foregoing **Notice of Re-Hearing** using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

E. L. Clark                                    S. Gregory Hays

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid on the following parties set forth below at the address shown for each.

Donald Renaldo Whiting, III
1162 Lehavre Court
Hampton, GA 30228

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: May 21, 2021         */s/ Brian K. Jordan*
                            Brian K. Jordan, Bar No.: 113008
                            Attorney for Movant
                            Aldridge Pite, LLP
                            Fifteen Piedmont Center  3575 Piedmont Road,
                            N.E., Suite 500  Atlanta, GA 30305
                            Phone: (404) 994-7400
                            Fax: (619) 590-1385
                            Email: bjordan@aldridgepite.com