# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case No.: | 18-68507-LRC | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | WHITING, DONALD RENALDO III | Date Filed (f) or Converted (c): | 01/14/2021 (c) |
| | | § 341(a) Meeting Date: | 02/18/2021 |
| For Period Ending: | 06/30/2021 | Claims Bar Date: | 07/06/2021 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1162 Lehavre Court, Hampton, GA 30228-0000, Clayton County<br>Value amended per Dkt # 46. | 244,141.00 | 23,906.40 | | 0.00 | 257,000.00 |
| 2 | 2015 Dodge Charger SE, 54,000 miles<br>Not listed on amended schedules, Dkt # 46. POC confirms lien exceeds value. Notice of abandonment filed, Dkt # 59. | 16,275.00 | 0.00 | OA | 0.00 | FA |
| 3 | 5 br, lr, dr, w/d & all major kitchen appliances<br>Value amended per Dkt # 46. | 300.00 | 0.00 | | 0.00 | FA |
| 4 | 1 cell phone<br>Asset and exemption not included on amended schedules, Dkt # 46. | 100.00 | 100.00 | | 0.00 | FA |
| 5 | Clothes & shoes<br>Value amended per Dkt # 46. | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Wedding Band | 30.00 | 0.00 | | 0.00 | FA |
| 7 | 1 dog<br>Notice of abandonment filed, Dkt # 59. | 200.00 | 0.00 | OA | 0.00 | FA |
| 8 | Cash<br>Originally scheduled at $200 but amended to $0.00 per Dkt # 46. Debtor has exemption available to cover | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Checking: Bank Mobile | 100.00 | 0.00 | | 0.00 | FA |
| 10 | 1 TV (u)<br>Not originally schedules. Added per Dkt # 46. | 100.00 | 0.00 | | 0.00 | FA |
| 11 | Pre-Paid Account: Net Spend (u)<br>Not originally schedules. Added per Dkt # 46. | 100.00 | 0.00 | | 0.00 | FA |
| 12 | Anticipated 2020 tax refund: Federal (u)<br>Not originally scheduled. Added per Dkt # 46. | 300.00 | 0.00 | | 0.00 | FA |
| 13 | Anticipated 2nd Stimulus Check (u)<br>Not originally scheduled. Added per Dkt # 46. | 600.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case No.: | 18-68507-LRC | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | WHITING, DONALD RENALDO III | Date Filed (f) or Converted (c): | 01/14/2021 (c) |
| | | § 341(a) Meeting Date: | 02/18/2021 |
| For Period Ending: | 06/30/2021 | Claims Bar Date: | 07/06/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Formally Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 13  Assets    Totals    (Excluding unknown values) | $262,446.00 | $24,006.40 | | $0.00 | $257,000.00 |

**Major Activities Affecting Case Closing:**

11/3/2018 - Case filed under Chapter 13.

1/14/2021 - Case converted from Chapter 13 to Chapter 7.

4/06/2021 - Request for Claims Bar Date filed; Notice of Abandonment of 2015 Dodge Charger and Dog filed

4/30/2021 - An order was entered approving the employment of Trustee's real estate agent.

7/14/21 - Trustee filed a motion [Doc. No. 73] requesting authority to sell real property for $257,000.

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** 12/31/2022 | **Current Projected Date Of Final Report (TFR):** 12/31/2022 |
| 07/30/2021 | /s/S. Gregory Hays |
| Date | S. Gregory Hays |