UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| DONALD RENALDO WHITING, III, | : | CASE NO. 18-68507-LRC |
| | : | |
| Debtor. | : | |

**REPORT OF SALE**

COMES NOW S. Gregory Hays, the Chapter 7 Trustee in the above-captioned matter, and files this Report of Sale pursuant to Bankruptcy Rule 6004(f), and shows the Court as follows:

1.

On September 3, 2021, the Trustee sold real property of the estate known as 1162 Lehavre Court, Hampton, GA 30228 ("**Property**") to Samantha Metelus ("**Purchaser**") for $257,000.00 as ordered and approved by the Court on August 12, 2021 [Doc. No. 78].

2.

Attached hereto as Exhibit "A" is the Seller's Settlement Statement from the sale. The Trustee reports that he has completed the delivery of the Property to the Purchaser and has received net funds of $17,330.94 from the sale.

Respectfully submitted this 7th day of September, 2021.

                                                    /s
                                      S. Gregory Hays

Hays Financial Consulting, LLC     Chapter 7 Trustee
2964 Peachtree Road, N.W., Suite 555
Atlanta, Georgia 30305
(404) 926-0060
ghays@haysconsulting.net

Exhibit "A"

# Seller's Settlement Statement



**CAMPBELL & BRANNON**
ATTORNEYS AT LAW

| | |
|---|---|
| **Settlement Date:** | 09/03/2021 |
| **Disbursement Date:** | 09/03/2021 |
| **Settlement Location:** | 5565 Glenridge Connector, Suite 350, Atlanta, GA 30342 |
| **File Number:** | |
| **Lender:** | Homestar Financial Corporation |
| **Loan Type:** | Conventional Uninsured |
| **Borrower:** | Samantha Metelus<br>1162 Lehavre Court<br>Hampton, GA 30228 |
| **Seller:** | S. Gregory Hays, as and only as Trustee in Bankruptcy for the Estate of Donald Renaldo Whiting, III<br>171 17th Street, NW<br>Sutie 2100<br>Atlanta, GA 30363 |
| **Property location:** | 1162 Lehavre Court<br>Hampton, GA 30228 |
| **Tax Parcel No:** | 05113B D023 |

| | Seller Debit | Seller Credit |
|---|---|---|
| **Financial Consideration** | | |
| Sale Price of Property | | 257,000.00 |
| Seller Credit | 5,000.00 | |
| **Prorations/Adjustments** | | |
| Prorated HOA Dues $225/yr 09/03/21 - 01/01/22 | | 81.27 |
| County Taxes ($3500.77) 01/01/21 - 09/03/21 | 2,349.83 | |
| **Commissions** | | |
| Commission- Listing Agent to Humphries & King Realty, LLC | 7,710.00 | |
| Commission- Selling Agent to Bush Real Estate | 7,710.00 | |
| **Payoffs** | | |
| Payoff of First Mortgage Loan to PennyMac Loan Services LLC | 192,449.93 | |
| **HOA Charges** | | |
| HOA Balance to Tucker Davis Law, LLC | 2,490.57 | |
| **Miscellaneous Debits/Credits** | | |
| Debtor's Homestead Exemption to Donald Whiting, III | 21,500.00 | |
| Reimbursement for termite letter to John Ball | 45.00 | |
| Reimbursement for cleaning to John Ball | 495.00 | |
| **Subtotals** | 239,750.33 | 257,081.27 |
| **Balance Due TO Seller** | 17,330.94 | |

## CERTIFICATE OF SERVICE

I, S. Gregory Hays, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **Report of Sale** by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated and upon all the following persona or entities at the addresses stated:

    Office of the United States Trustee
    362 Richard B. Russell Building
    75 Ted Turner Drive, SW
    Atlanta, GA 30303

    E. L. Clark
    Clark & Washington, LLC
    Building 3,
    3300 Northeast Expressway
    Atlanta, GA 30341

    Donald Renaldo Whiting, III
    1162 Lahavre Court
    Hampton, GA 30228

This 7th day of September, 2021.

    /s *S. Gregory Hays*
    S. Gregory Hays
    Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste 555
Atlanta, Georgia 30305
(404) 926-0060