**Georgia Department of Revenue**
CENTRAL COLLECTION SECTION
1800 CENTURY BLVD SUITE 9100
ATLANTA GA 30345-3205
Telephone: (404) 417-6543   Fax: (404) 417-6513

bL093

Robyn A. Crittenden, State Revenue Commissioner

DONALD R WHITING
2964 PEACHTREE RD NW STE 555
ATLANTA GA  30305-4909

Letter ID:      L0819680816
Issued Date:    09-Dec-2021

Re:   DONALD R WHITING
      18-68507
      Georgia Northern Bankruptcy Court Atlanta – ECF
      Chapter 7

Please be advised that the Georgia Department of Revenue has withdrawn its proof of claim, numbered 3, in the amount of $4,758.44 regarding the above referenced matter.

Rosulala Hamilton
Authorized Representative
Georgia Department of Revenue