UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| DONALD RENALDO WHITING, III, | : | CASE NO. 18-68507-LRC |
| | : | |
| Debtors. | : | |

**NOTICE OF PAYMENT OF FUNDS INTO REGISTRY OF COURT**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Bankruptcy Procedure 3010, S. Gregory Hays, Chapter 7 Trustee for the above-captioned estate, remits $0.43 into the Registry of the United States Bankruptcy Court representing dividends of less than $5.00 paid to creditors. The creditor, its address and the dividend amount is:

| CREDITOR | AMOUNT |
|---|---|
| Ashley Funding Services, LLC<br>C/O Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $0.43 |

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ S. Gregory Hays*
　　　　　　　　　　　　　　　　　　　　　　　　　　S. Gregory Hays
　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Rd, NW
Suite 555
Atlanta, Georgia 30305
(404) 926-0060

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have this date served the within and foregoing *NOTICE OF PAYMENT OF FUNDS INTO REGISTRY OF COURT* on the following parties by depositing a true and correct copy of same in the United States Mail, first class postage prepaid and addressed as follows:

>Office of the United States Trustee
>362 Richard B. Russell Federal Building
>75 Ted Turner Drive, S.W.
>Atlanta, Georgia 30303-3311
>
>Ashley Funding Services, LLC
>C/O Resurgent Capital Services
>PO Box 10587
>Greenville, SC 29603-0587

Dated: September 14, 2022.

                                                  /s
                                                S. Gregory Hays
                                                Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Rd, NW, Suite 555
Atlanta, Georgia 30305
(404) 926-0060

**Clerk, US Bankruptcy Court**
**Room 1340**
**75 Ted Turner Drive, SW**
**Atlanta, GA 30303**